FILED
WILLIAMSPORT

JUL 23 2026

PER_____NIR
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

                :      No. 4:26-CR-165

       v.            :

                :      (Chief Judge Brann)

HUA ZHEN DONG       :

       Defendant       :

# I N D I C T M E N T

THE GRAND JURY CHARGES:

## COUNT 1
### 18 U.S.C. § 111(a)
### (Assaulting, resisting, or impeding certain officers or employees)

On or about July 9, 2026, in State College, Centre County,

Pennsylvania, in the Middle District of Pennsylvania, the defendant,

## HUA ZHEN DONG,

did forcibly assault, resist, oppose, impede, intimidate, and interfere

with any person designated in 18 U.S.C. § 1114, to wit, J.D. who was

engaged in his official duties, and caused physical contact with J.D.

All in violation of Title 18, United States Code, Section 111(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 111(a)
(Assaulting, resisting, or impeding certain officers or employees)

On or about July 9, 2026, in State College, Centre County,

Pennsylvania, in the Middle District of Pennsylvania, the defendant,

### HUA ZHEN DONG,

did forcibly assault, resist, oppose, impede, intimidate, and interfere

with any person designated in 18 U.S.C. § 1114, to wit, S.A. who was

engaged in his official duties, and caused physical contact with S.A.

All in violation of Title 18, United States Code, Section 111(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 111(a)
(Assaulting, resisting, or impeding certain officers or employees)

On or about July 9, 2026, in State College, Centre County,

Pennsylvania, in the Middle District of Pennsylvania, the defendant,

### HUA ZHEN DONG,

did forcibly assault, resist, oppose, impede, intimidate, and interfere

with any person designated in 18 U.S.C. § 1114, to wit, S.B. who was

engaged in his official duties, and caused physical contact with S.B.

All in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

FOREPERSON

GEOFFREY W. MACARTHUR
Assistant United States Attorney

7/23/26

Date